Joseph G. Dicks, SBN 127362
Linda G. Workman, SBN 128621
DICKS & WORKMAN ATTORNEYS AT LAW, APC
750 B Street, Suite 1820
San Diego, California 92101
Telephone: (619) 685-6800
Facsimile: (619) 557-2735
Email:  jdicks@dicks-workmanlaw.com
        lworkman@dicks-workmanlaw.com

Attorneys for BARBARA STEIN and STUART STEIN, Plaintiffs

ROPERS, MAJESKI, KOHN & BENTLEY
ANDREW S. HOLLINS, BAR NO. 80194
KIM KARELIS, BAR NO. 170268
650 Town Center Drive, Ste. 1600
Costa Mesa, CA 92626
Email: Andrew.hollins@ropers.com
Email: Kim.karelis@ropers.com
Telephone: (949) 507-6700
Facsimile: (213) 312-2001

Attorneys for Defendant
FARMERS INSURANCE COMPANY OF ARIZONA

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA STEIN, an individual; and STUART STEIN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FARMERS INSURANCE COMPANY OF ARIZONA, a corporation; and FARMERS GROUP, INC., a corporation,<br><br>Defendants. | Case No. 19-cv-0410-DMS (AHG)<br><br>**JOINT MOTION RE DISCLOSURES BY THE PARTIES' ECONOMIC EXPERTS PURSUANT TO FED. R. CIV. P. 26(a)(2)(A) AND (B)**<br><br>Judge: Hon. Dana M. Sabraw<br>Magistrate: Hon. Allison H. Goddard<br><br>Complaint Filed: February 28, 2019 |

Through this joint motion, Plaintiffs BARBARA STEIN and STUART STEIN, and Defendant FARMERS INSURANCE COMPANY OF ARIZONA ("FICA"), by and through their respective counsel of record, jointly move this Court for acceptance and entry of the below stipulations:

1. The Court issued an Order: (1) Setting Briefing Schedule for Discovery Dispute and (2) Amending Scheduling Order (ECF No. 91), which set the date of March 5, 2021, for each party to comply with the disclosure provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure. The Order also set the date of April 2, 2021, for any party to supplement its disclosure regarding contradictory or rebuttal evidence under Fed. R. Civ. P. 26(a)(2)(D).

2. The parties respectfully request the date by which the parties must comply with the disclosure provisions under Fed. R. Civ. P. 26(a)(2)(A) and (B) with respect to the parties' economic experts, only, be rescheduled to March 26, 2021, and the date for the parties to supplement their disclosures regarding contradictory or rebuttal evidence under Fed. R. Civ. P. 26(a)(2)(D) with respect to the parties' economic experts, only, be rescheduled to April 26, 2021.

Dated: March 5, 2021                    DICKS & WORKMAN
                                        ATTORNEYS AT LAW, APC

                                        By:   /s/ Joseph G. Dicks
                                        Joseph G. Dicks,
                                        Attorneys for Plaintiffs
                                        BARBARA STEIN and STUART STEIN

///
///
///
///
///

Dated: March 5, 2021          ROPERS, MAJESKI, KOHN & BENTLEY

                                                By:    */s/ Andrew S. Hollins*
                                                             Andrew S. Hollins,
                                                             Attorneys for Defendant FARMERS INSURANCE COMPANY OF ARIZONA

## CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies & Procedures Manual of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to the signatories above and that I have obtained authorization from each of them to affix their electronic signatures to this document.

Dated: March 5, 2021          DICKS & WORKMAN ATTORNEYS AT LAW, APC

                                                By:    */s/ Joseph G. Dicks*
                                                           Joseph G. Dicks
                                                            Attorneys for Plaintiffs
                                                            BARBARA STEIN and STUART STEIN