| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | BARBARA STEIN and STUART STEIN, | Case No.: 3:19-cv-00410-DMS-AHG |
| 12 | Plaintiffs, | **ORDER:** |
| 13 | v. | |
| 14 | FARMERS INSURANCE COMPANY OF ARIZONA, *et al.*, | **(1) GRANTING JOINT MOTION RE DISCLOSURES BY THE PARTIES' CLAIMS EXPERTS; and** |
| 15 | | |
| 16 | Defendants. | |
| 17 | | **(2) SUA SPONTE EXTENDING EXPERT DISCOVERY DEADLINE** |
| 18 | | |
| 19 | | **[ECF No. 100]** |

This matter comes before the Court on the parties' Joint Motion re Disclosures by the Parties' Claims Experts Pursuant to Fed. R. Civ. P. 26(a)(2)(A) and (B). ECF No. 100. The parties seek to extend the April 2, 2021 deadline for the parties to comply with the supplemental expert disclosure provisions of Fed. R. Civ. P. 26(a)(2)(A) and (B) to April 30, 2021. *Id.* Further, the parties request the Court approve their stipulation that said supplemental disclosures may include updated opinions based upon the additional factual discovery responses and deposition transcripts received since the initial expert disclosure deadline of March 5, 2021. *Id.*

1     Good cause appearing, the Court **GRANTS** the Joint Motion (ECF No. 100). The parties' deadline to supplement their disclosures regarding contradictory or rebuttal evidence is extended to **April 30, 2021**.

    Additionally, because the new supplemental disclosure deadline falls after the expert discovery deadline of April 26, 2021, the Court *sua sponte* **EXTENDS** the deadline for the parties to complete expert discovery to **May 17, 2021**.

    All other dates, deadlines, and requirements set forth in the Court's operative Scheduling Order (ECF No. 91) shall remain in place, except as explicitly modified herein or by intervening orders of the Court (i.e., ECF No. 99).

**IT IS SO ORDERED.**

Dated: March 25, 2021

                                               *[signature]*
                                      Honorable Allison H. Goddard
                                      United States Magistrate Judge