UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA STEIN and STUART STEIN,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>FARMERS INSURANCE COMPANY OF ARIZONA, *et al.*,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 3:19-cv-00410-DMS-AHG<br><br>**ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |

1	This matter comes before the Court upon an emailed request to chambers seeking
2	intervention in a discovery dispute regarding Defendant Farmers Insurance Company of
3	Arizona's objection to a document request contained in Plaintiffs' Notice of Deposition
4	and Request for Documents.
5	To discuss the dispute prior to permitting motion practice, the Court **SETS** a
6	Telephonic Discovery Conference for **April 14, 2021** at **11:30 a.m.** before Magistrate
7	Judge Allison H. Goddard. Counsel for the parties involved in the dispute shall call the
8	chambers teleconference line at **1-877-873-8018** and use **8367902** as the access code to
9	join the conference.
10	**IT IS SO ORDERED.**

12	Dated: April 6, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge