UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA STEIN and STUART STEIN,<br><br>Plaintiffs,<br><br>v.<br><br>FARMERS INSURANCE COMPANY OF ARIZONA,<br><br>Defendant. | Case No.: 3:19-cv-00410-DMS-AHG<br><br>**ORDER SETTING TELEPHONIC HEARING ON DISCOVERY MOTION**<br><br>[ECF No. 113] |

On May 11, 2021, the parties filed a Joint Motion Re Discovery Dispute Concerning the Learning Hub (ECF No. 113). The parties filed the Joint Motion in accordance with the Court's Order setting a briefing schedule on the dispute (ECF No. 109).

Upon review of the Joint Motion, the Court finds it appropriate to hear oral argument on the motion. Accordingly, the Court **SETS** a **telephonic** hearing on the Joint Motion (ECF No. 113) for **May 21, 2021** at **1:30 p.m.** before Magistrate Judge Allison H. Goddard. In order to place the hearing on the record, the Court will hold the hearing in Courtroom 3B of the Edward J. Schwartz U.S. Courthouse. However, **personal appearances are not required**. Counsel must call the chambers teleconference line at **1-877-873-8018** and use access code **8367902** to attend the hearing telephonically.

**IT IS SO ORDERED.**

Dated: May 11, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge