UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA STEIN and STUART STEIN,<br><br>                              Plaintiffs,<br><br>v.<br><br>FARMERS INSURANCE COMPANY OF ARIZONA, *et al.*,<br><br>                              Defendants. | Case No.:  3:19-cv-00410-DMS-AHG<br><br>**ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |

This matter comes before the Court pursuant to an emailed request to chambers for Court intervention in a discovery dispute raised by Defendant regarding the scheduling of Plaintiffs' expert depositions. In response, Plaintiffs have also raised an issue related to scheduling the depositions of Defendant's claims personnel.

The Court will address both issues during a telephonic Discovery Conference on **June 1, 2021** at **4:00 p.m.** before Magistrate Judge Allison H. Goddard. Counsel shall call the chambers teleconference line at **1-877-873-8018** and use **8367902** as the access code to join the conference. The parties are **ORDERED** to continue meeting and conferring in the interim to try to reach an informal resolution of their disputes.

**IT IS SO ORDERED.**

Dated:  May 28, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge